IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR GARNER,

    Plaintiff,

v.

JEFFREY JOPP, WILLIAM POLLARD,
DANIEL BREAMER and PAM ZANK,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-719-slc

---

This action came for consideration before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered a verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this 13th day of May, 2013.

_____
Stephen L. Crocker
Magistrate Judge

_____
Peter Oppeneer, Clerk of Court

5/14/13
Date